IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RON VEATCH                                                                                    PLAINTIFF
REG. #11079-008

V.                                          NO. 2:05CV00036 GH

LINDA SANDERS, Warden,                                                           DEFENDANT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 5th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE